UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                                          CASE NO. 9:21-CR-80026

JOSE ESQUER,

Defendant

_____/

## STIPILATION FOR SUBSTITUTION OF COUNSEL

COMES NOW, JEFFREY N. ROBINSON, ESQ., of JEFFREY N. ROBINSON,

P.A., and RODNEY BRYSON II, ESQ, and agree that the law firm of JEFFREY N.

ROBINSON, P.A., shall be substituted as counsel of record in the above styled cause,

and RODNEY BRYSON II, ESQ., shall be discharged from further responsibility herein.

JEFFREY N. ROBINSON, P.A.                    RODNEY BRYSON II, ESQ.
533 N.E. 3rd Ave. Suite R-1                  200 Butler Street, Ste: 201
Fort Lauderdale, FL 33301                    West Palm Beach, FL 33407
Office: (954) 760-4555                       (561) 797-2831

BY: _____                 BY: _____
     JEFFREY N. ROBINSON, ESQ.                    RODNEY BRYSON II, ESQ
     Florida Bar No: 0350140                      Florida Bar No:21473
     robinsonlaw@bellsouth.net              Rodney@brysonesq.com

1

I HEREBY CERTIFY that on June 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

JEFFREY N. ROBINSON, P.A.

BY:   s/Jeffrey N. Robinson
Jeffrey N. Robinson, Esq.
Florida Bar No.: 0350140
533 N.E. Third Ave, Suite R1
Fort Lauderdale, FL 33301
(954) 760-4555; Fax: (954) 768-9340
robinsonlaw@bellsouth.net

THIS CAUSE, coming on for consideration on the above Stipulation, it is, therefore,

ORDERED AND ADJUDGED that the Stipulation is ratified and approved, and RODNEY BRYSON II, ESQ., is withdrawn from further representation and the law firm of Jeffrey N. Robinson, P.A., is permitted to enter its appearance herein. The clerk's office shall note that any further proceedings herein shall be directed to JEFFREY N. ROBINSON, ESQ.

DONE AND ORDERED at West Palm Beach, Florida, on the _____ day of June, 2020.

_____
HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

Copies to:
Marton Gyires, U.S. Attorney's Office
Rodney Bryson II, Esq.
Jeffrey N. Robinson, Esq.