UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-80026-CANNON

UNITED STATES OF AMERICA,

vs.

JOSE ESQUER,

    Defendant.

_____/

### NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

On November 4, 2021, the Court entered a Judgment against defendant Jose Esquer, ECF No. 188, directing the United States to submit a proposed Order of Forfeiture within three days. The United States is not pursuing federal judicial forfeiture at this time.

        Respectfully Submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By:    *WILLIAM T. ZLOCH*
        WILLIAM T. ZLOCH
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0105619
        United States Attorney's Office
        500 S. Australian Ave. Suite 400
        West Palm Beach, FL 33401
        Telephone: (561) 820-8711
        Facsimile: (561) 820-8777
        Email: William.zloch@usdoj.gov