UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   9:21-cr-80026-AMC

UNITED STATES OF AMERICA

v.

JOSE ESQUER,

        **Defendant.**

_____/

### UNITED STATES' MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35

Pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a reduction in the sentence of defendant Jose Esquer ("ESQUER") in this case in order to reflect his substantial assistance to the government.

On February 18, 2021, a federal grand jury in the Southern District of Florida returned an Indictment charging ESQUER and others with drug trafficking charges.  (DE 44).  On August 25, 2021, ESQUER pleaded guilty to Count 1 of the Indictment, which charged him with Conspiracy to Possess with Intent to Distribute, and Distribute, 400 grams or more of fentanyl, in violation of Title 21, United States Code, Sections 846, 841(a), and 841(b)(1)(A).  (DE 123).   On November 4, 2021, ESQUER was sentenced to 120 months' imprisonment and 2 years' supervised release.   (DE 188).

Federal Rule of Criminal Procedure 35(b)(2) permits the Court to reduce a sentence, pursuant to a motion by the government, made more than one year after sentencing, "if the defendant's substantial assistance involved: […] (B) information provided by the defendant to the

government within one year of sentencing, but which did not become useful to the government until more than one year after sentencing." *Fed. R. Crim. P. 35*(b)(2)(B).

The United States believes that ESQUER's cooperation to date constitutes substantial assistance. To that end, the United States requests the Court to reduce ESQUER's sentence to a final sentence of 105 months.

According to the BOP website, ESQUER is currently incarcerated in Minnesota. The government respectfully requests a hearing on this matter. The United States would advise the Court of the details of ESQUER's substantial assistance at this hearing.

The undersigned Assistant U.S. Attorney is out of the country December 27, 2024 through January 3, 2025, and would respectfully request a hearing date outside of those dates. If no other date is available, the undersigned will find coverage from another prosecutor.

          Respectfully submitted,

          MARKENZY LAPOINTE
          UNITED STATES ATTORNEY

By: **/s/Marton Gyires**
     Marton Gyires
     Assistant United States Attorney
     Court ID No.: A5501696
     500 South Australian Avenue
     West Palm Beach, Florida 33401
     Telephone: (561) 820-8711
     Email: marton.gyires@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ **Marton Gyires**
Marton Gyires
Assistant United States Attorney