UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSE ESQUER**,

    Defendant.

_____/

**ORDER GRANTING MOTION TO SEAL**

**THIS CAUSE** comes before the Court upon United States' Sealed Motion to Seal ("the Motion) [ECF No. 262]. Upon review of the Motion [ECF No. 262], it is **ORDERED AND ADJUDGED** as follows:

1. United States' Sealed Motion to Seal [ECF No. 262] is **GRANTED** for the reasons stated in the Motion.

2. United States' Sealed Supplement in Support of Motion for Reduction of Sentence Pursuant to Rule 35 [ECF No. 263] shall remain sealed until further order of this Court.

3. **This Order shall not be filed under seal**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 7th day of January 2025.

                                                                   _____
                                                                   **AILEEN M. CANNON**
                                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record